IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-00111-CR-W-HFS |
| EMMANUEL ROBINSON | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After making an independent review of the record and the applicable law,

Magistrate Judge Sarah Hays determined that defendant is not currently suffering

from a mental disease or defect that would prevent him from understanding the

nature and consequences of the proceedings against him or assisting in his defense.

To-date, no objections to the Report and Recommendation have been filed, and the

time in which to do so has expired.

Accordingly, it is hereby

ORDERED that the findings and conclusions in the REPORT AND

RECOMMENDATION (Doc. 35) are ADOPTED by the undersigned.


_/s/ Howard F. Sachs_
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

September 11, 2017
Kansas City, Missouri