IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 17-00111-01-CR-W-DGK |
| ) | |
| EMMANUEL ROBINSON, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 13, 2017, a criminal complaint was filed against defendant Emmanuel Robinson. On March 29, 2017, the Grand Jury returned a one count indictment against defendant Robinson charging defendant with being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
     Government: Bradley Kavanaugh
     Case Agent: Detective Hooley of the KCMOPD
     Defense: Arimeta Dupree

**OUTSTANDING MOTIONS**:

| 09/29/2017 | 56 | NOTICE of filing *Government's Rule 609 Notice* by USA as to Emmanuel Robinson (Kavanaugh, Bradley) (Entered: 09/29/2017) |
|---|---|---|
| 09/29/2017 | 57 | NOTICE of filing Government's Notice of Expert Witnesses by USA as to Emmanuel Robinson (Kavanaugh, Bradley) (Entered: 09/29/2017) |
| 09/29/2017 | 58 | NOTICE of filing Government's Notice of Intent to Offer Prior Convictions Pursuant to Federal Rule of Evidence 404(b) by USA as to Emmanuel Robinson (Kavanaugh, Bradley) (Entered: 09/29/2017) |

**TRIAL WITNESSES**:
     Government: 2 with stipulations; 4 without stipulations
     Defendants: 1 witness, in addition defendant may testify

**TRIAL EXHIBITS**
     Government: 26 exhibits

Defendant: 0 exhibits for defendant

**DEFENSES**: General Denial.

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 days**
Government's case including jury selection: one and a half days
Defense case: less than one-half day

**STIPULATIONS**: The government proposed stipulations to the interstate nexus of the firearm and to the defendant's prior convictions. The defendant was unwilling to enter into these stipulations as of the pretrial conference.

**UNUSUAL QUESTIONS OF LAW:** Defendant claims that one of his convictions is older than 15 years. The government's position is that defendant's conviction for robbery in the first degree was not entered until August 18, 2005 when his probation, imposed pursuant to an original suspended imposition of sentence, was revoked and a sentence imposed. The offense was committed in 1999, and a suspended sentence imposed in 2001.

**FILING DEADLINES:**

**Witness and Exhibit List** (to be filed no later than thirty days prior to trial)
Government: filed as of October 2017
Defense: None filed as of the pretrial conference

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, July 11, 2018.**
**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:** Any additional motions to be filed no later than June 29, 2018 with responses due by July 6, 2018.

**TRIAL SETTING**: Criminal jury trial docket set for July 16, 2018.

**Please note: Defense counsel has requested the second week of the docket.**

IT IS SO ORDERED.

_/s/ Sarah W. Hays_
SARAH W. HAYS
United States Magistrate Judge